# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Davison, Paul E. | US District Court, SDNY | 03/15/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (full time) | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2012 <br> to <br> 12/31/2012 |

**7. Chambers or Office Address**

300 Quarropas Street
White Plains, New York 10601

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. Adjunct Professor | New York Law School |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davison, Paul E. | 03/15/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | New York Law School - Salary | $2,250.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | - Wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davison, Paul E. | 03/15/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | Tuition & Fees | None |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davison, Paul E. | 03/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JP Morgan Chase Bank Account | | None | K | T | | | | | |
| 2. Allergan Inc (AGN) | A | Dividend | J | T | | | | | |
| 3. Artio I Global High Yield Bond (JHYIX) | C | Int./Div. | K | T | | | | | |
| 4. Black Rock A Intl Index (MDIIX) | A | Int./Div. | K | T | Buy | 11/21/12 | K | | |
| 5. Columbia A Small Cap Index (NMSAX) | B | Int./Div. | K | T | Buy | 11/21/12 | K | | |
| 6. Consolidated Edison (ED) | A | Dividend | J | T | | | | | |
| 7. DFA Emerging Markets Core Equity (DFCEX) | A | Int./Div. | K | T | | | | | |
| 8. DFA Global Real Estate Sec (DFGEX) | B | Int./Div. | K | T | | | | | |
| 9. DFA Short-Term Extended Quality (DFEQX) | A | Int./Div. | | | Buy (add'l) | 01/25/12 | K | | |
| 10. | | | | | Sold | 08/16/12 | L | | |
| 11. Disney (DIS) | B | Dividend | K | T | Sold (part) | 11/21/12 | K | | |
| 12. DoubleLine I Total Return Bond (DBLTX) | B | Int./Div. | K | T | Buy | 01/25/12 | K | | |
| 13. DWS A Fixed Income (SFXAX) | A | Int./Div. | | | Sold | 01/25/12 | K | | |
| 14. DWS A Money Market (KMMXX) | A | Int./Div. | | | Buy (add'l) | 02/03/12 | K | | |
| 15. | | | | | Buy (add'l) | 07/23/12 | J | | |
| 16. | | | | | Sold | 09/25/12 | M | | |
| 17. DWS A S&P 500 Index (SXPAX) | B | Int./Div. | | | Buy (add'l) | 02/03/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davison, Paul E. | 03/15/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 04/10/12 | J | | |
| 19. | | | | | Sold | 09/25/12 | M | | |
| 20. DWS A Short Duration Plus (PPIAX) | A | Int./Div. | | | Sold | 02/03/12 | L | | |
| 21. Fidelity Adv A Freedom 2020 (FDAFX) | A | Int./Div. | J | T | Buy | 09/25/12 | N | | |
| 22. | | | | | Sold (part) | 11/21/12 | N | | |
| 23. Fidelity Adv A Freedom Income (FAFAX) | C | Int./Div. | N | T | Buy | 11/21/12 | N | | |
| 24. Fidelity Cash Reserve (Qual) (FDRXX) | A | Int./Div. | L | T | | | | | |
| 25. Fidelity Equity Income (FEQIX) | A | Int./Div. | J | T | | | | | |
| 26. Fidelity Focused High Income (FHIFX) | B | Int./Div. | | | Sold (part) | 08/16/12 | K | | |
| 27. | | | | | Sold | 09/25/12 | K | | |
| 28. Fidelity New York Municipal Money Market (FNYXX) | A | Int./Div. | M | T | | | | | |
| 29. Franklin R Age High Income (FHIRX) | B | Int./Div. | | | Sold (part) | 04/10/12 | K | | |
| 30. | | | | | Sold | 08/16/12 | K | | |
| 31. Glaxosmithkline PLC ADR (GSK) | A | Int./Div. | J | T | | | | | |
| 32. Illinois Tool Works Inc (ITW) | A | Dividend | | | Sold | 12/13/12 | K | | |
| 33. iShares iBoxx $ Investment Grade Corporate Bond (LQD) | A | Int./Div. | | | Buy | 01/25/12 | J | | |
| 34. | | | | | Sold | 07/13/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davison, Paul E. | 03/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. iShares iBoxx High Yield Corp Bd (HYG) | B | Int./Div. | J | T | Buy (add'l) | 04/10/12 | J | | |
| 36. | | | | | Sold (part) | 07/13/12 | K | | |
| 37. | | | | | Sold (part) | 11/21/12 | K | | |
| 38. iShares MSCI EAFE Index (EFA) | A | Int./Div. | J | T | Buy | 05/23/12 | J | | |
| 39. iShares MSCI EAFE Small Cap Index (SCZ) | | None | | | Sold (part) | 02/03/12 | K | | |
| 40. | | | | | Sold | 05/23/12 | J | | |
| 41. iShares MSCI Emerging Markets Index (EEM) | A | Int./Div. | J | T | Buy | 05/23/12 | J | | |
| 42. iShares S&P Global Timber & Forestry Index (WOOD) | A | Int./Div. | K | T | | | | | |
| 43. Johnson & Johnson (JNJ) | C | Int./Div. | L | T | | | | | |
| 44. Payden High Income (PYHRX) | C | Int./Div. | L | T | Buy (add'l) | 08/16/12 | K | | |
| 45. Payden R Emerging Mkts Bond (PYEMX) | A | Int./Div. | J | T | | | | | |
| 46. Powershares Build America Bond (BAB) | A | Int./Div. | K | T | Buy | 09/25/12 | K | | |
| 47. SPDR Barclays High Yield Bond (JNK) | C | Int./Div. | K | T | | | | | |
| 48. SPDR S&P Emerging Markets Small Cap (EWX) | A | Int./Div. | J | T | | | | | |
| 49. SPDR Series Trust (BABS) | A | Int./Div. | K | T | Buy | 07/13/12 | K | | |
| 50. SPDR Utilities Select Sector (XLU) | | None | | | Sold | 02/03/12 | K | | |
| 51. T Rowe Price Short Term Bond - Adv (PASHX) | A | Int./Div. | | | Buy | 04/10/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davison, Paul E. | 03/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 08/16/12 | K | | |
| 53. | | | | | Sold | 09/25/12 | L | | |
| 54. TCW I Total Return Bond (TGLMX) | A | Int./Div. | K | T | Buy | 09/25/12 | K | | |
| 55. Vanguard High Yield Corporate- Admiral (VWEAX) | C | Int./Div. | M | T | Buy | 04/10/12 | K | | |
| 56. | | | | | Buy (add'l) | 08/16/12 | L | | |
| 57. Vanguard Interm-Term Investment-Grade Ad (VFIDX) | B | Int./Div. | | | Sold | 08/16/12 | L | | |
| 58. Zimmer Holdings Inc (ZMH) | A | Dividend | K | T | | | | | |
| 59. New York 529 Inflation Protected Securities Portfolio | | None | K | T | Sold (part) | 07/12/12 | K | | |
| 60. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 61. | | | | | Buy (add'l) | 12/11/12 | J | | |
| 62. | | | | | Sold (part) | 12/12/12 | K | | |
| 63. | | | | | | | | | |
| 64. TRUST #1 | | | | | | | | | |
| 65. -Call EEM 6-16-12 @ 40 (short sale) | | None | | | Closed | 03/20/12 | J | | |
| 66. -Call EEM 6-22-13 @ 45 (short sale) | | None | | | Sold | 07/13/12 | J | | |
| 67. | | | | | Closed | 09/19/12 | J | | |
| 68. -Call EFA 1-19-13 @ 56 (short sale) | | None | | | Sold | 06/19/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davison, Paul E. | 03/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Closed | 09/19/12 | J | | |
| 70. -Call EFA 6-16-12 @ 56 (short sale) | | None | | | Expired | 06/15/12 | J | | |
| 71. -Fidelity Focused High Income (FHIFX) | A | Int./Div. | | | Sold | 09/19/12 | K | | |
| 72. -Fidelity New York Municipal Income (FTFMX) | B | Int./Div. | L | T | | | | | |
| 73. -Fidelity New York Municipal Money Market (FNYXX) | A | Int./Div. | M | T | | | | | |
| 74. -Fidelity Spartan 500 Index (FUSEX) | B | Int./Div. | L | T | | | | | |
| 75. -Fidelity Spartan Extended Mkt Index (FSEMX) | A | Int./Div. | K | T | | | | | |
| 76. -Fidelity Spartan Tax-Free Bond (FTABX) | B | Int./Div. | K | T | | | | | |
| 77. -Fidelity Spartan Total Market Index - Adv (FSTVX) | C | Int./Div. | M | T | | | | | |
| 78. -iShares iBoxx High Yield Corp Bd (HYG) | C | Int./Div. | L | T | | | | | |
| 79. -iShares MSCI EAFE Index (EFA) | C | Int./Div. | M | T | | | | | |
| 80. -iShares MSCI Emerging Markets Index (EEM) | C | Int./Div. | M | T | Buy (add'l) | 05/23/12 | J | | |
| 81. | | | | | Sold (part) | 09/19/12 | J | | |
| 82. -iShares Russell 1000 Index (IWB) | A | Int./Div. | K | T | Buy | 05/08/12 | J | | |
| 83. | | | | | Buy (add'l) | 05/23/12 | J | | |
| 84. | | | | | Buy (add'l) | 07/13/12 | J | | |
| 85. -iShares S&P Global Timber & Forestry Index (WOOD) | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davison, Paul E. | 03/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -JP Morgan Tax Aware Real Return - Instl (TXRIX) | B | Int./Div. | L | T | | | | | |
| 87. -MLP & Strategic Equity (MTP) | B | Int./Div. | | | Sold | 08/27/12 | L | | |
| 88. -Nuveen Energy MLP Total Return (JMF) | A | Int./Div. | L | T | Buy | 08/27/12 | L | | |
| 89. -Nuveen NY Municipal Dividend Advantage (NAN) | D | Int./Div. | M | T | | | | | |
| 90. -Payden High Income (PYHRX) | C | Int./Div. | L | T | | | | | |
| 91. -Plum Creek Timber Co (PCL) | A | Dividend | J | T | | | | | |
| 92. -Port Auth NY & NJ Cons Bds 4.25% 10/1/2026 | A | Interest | K | T | | | | | |
| 93. -Potlatch Corp (PCH) | A | Dividend | K | T | | | | | |
| 94. -S&P Dep Receipts (SPY) | A | Int./Div. | K | T | | | | | |
| 95. -SPDR Barclays Cptl Shrt Trm Crprt Bnd ETF (SCPB) | A | Int./Div. | K | T | | | | | |
| 96. -SPDR Barclays High Yield Bond (JNK) | B | Int./Div. | | | Sold | 09/19/12 | K | | |
| 97. -SPDR Dow Jones Industrial Average (DIA) | A | Int./Div. | K | T | | | | | |
| 98. -Vanguard FTSE (VSS) | A | Int./Div. | K | T | | | | | |
| 99. -Vanguard Hi Yield Tax-Exempt Adm (VWALX) | B | Int./Div. | L | T | Buy | 04/10/12 | L | | |
| 100. -Vanguard Short Term Corp Bond (VCSH) | B | Int./Div. | L | T | | | | | |
| 101. -WisdomTree Emerging Mkts Small Cap Div (DGS) | B | Int./Div. | K | T | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davison, Paul E. | 03/15/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. | | | | | | | | | |
| 105. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davison, Paul E. | 03/15/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul E. Davison**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544